# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BILLY JOE HENSON
ADC #77911                                                                                          PETITIONER

VS.                                       5:09CV00037 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## **JUDGMENT**

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254, be and it hereby is DENIED, with prejudice.

Dated this 10th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE